United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEREMY CURD,

          Plaintiff,                                        No. C 06-3611 PJH

                                                            **ORDER OF REFERRAL**

     v.

LENNAR/GREYSTONE/PARADIGM,

          Defendants.
_____/

     The above matter is referred to the Honorable Claudia Wilken pursuant to the
January 26, 2006 pre-filing order in 05-80265M CW for review.

     **IT SO ORDERED.**

Dated: June 12, 2006

                                              _____
                                              PHYLLIS J. HAMILTON
                                              United States District Judge